UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BUREAU VERITAS COMMODITIES AND TRADE, INC. | CIVIL ACTION |
| VERSUS | NO. 20-3374 |
| RENISHA NANOO, ET AL. | SECTION "R" (4) |

### ORDER AND REASONS

Before the Court is the parties' joint motion to continue trial and the remaining pretrial deadlines for three months.[1] Trial in this matter is currently set for December 12, 2022.[2]

The Court previously granted the parties a continuance based on their representation that plaintiff's initial suit in Texas state court against Cotecna and specific Cotecna employees, for the same allegedly improper competitive practices, was delayed because of discovery disputes.[3] The parties now assert that the Texas state court *sua sponte* continued the trial date until January 16, 2023, approximately one month after trial is set to begin in this Court.[4]

---

[1]   R. Doc. 75.
[2]   R. Doc. 70 at 3.
[3]   R. Doc. 69.
[4]   R. Doc. 75 at 3.

The parties again note that they wish to have this case tried after the trial in the Texas state case.[5]

The Court finds that the parties have shown good cause for a three-month continuance of all unexpired dates and deadlines. *See* Fed. R. Civ. P. 6(b)(1)(A). Accordingly, the Court hereby continues the trial and all pretrial deadlines set out in the Court's amended scheduling order,[6] and GRANTS the parties' motion. The new trial date shall be no later than March 13, 2023.

A preliminary scheduling conference will be held **BY TELEPHONE** on **JUNE 15** at **9:30 a.m.** for the purpose of rescheduling the pretrial conference and trial on the merits. The parties shall call in for the teleconference using phone number 888-278-0296 and access code 7415986. The Court will be represented at the conference by its Case Manager.

New Orleans, Louisiana, this __1st__ day of June, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]   *Id.*
[6]   R. Doc. 70.